```
                FILED            RECEIVED
                ENTERED          SERVED ON
                         COUNSEL/PARTIES OF RECORD

                        DEC - 3 2015

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
                BY:                          DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:15-cr-00193-JAD-PAL |
| CHARLENE SCOTT, | ) |
| Defendant. | ) ORDER |

On December 2, 2015, this Court granted defense counsel's Motion to Withdraw as Attorney and ordered that a CJA panel attorney be appointed to represent Ms. Scott.

Accordingly, **IT IS HEREBY ORDERED** that Lucas Gaffney, Esq. is appointed as counsel for Charlene Scott in place of retained counsel, Robert M. Draskovich, Jr., for all future proceedings.

The Court will assess Defendant **CHARLENE SCOTT** fees and costs in the amount of $250.00 per month, payable to the United States District Court for the District of Nevada on the 5th day of each month beginning **January 5th, 2016**. Payments shall be directed to: U.S. District Court, c/o Clerk's Office Finance Department, 333 Las Vegas Blvd. South, Las Vegas, NV 89101.

Mr. Draskovich shall forward the file to Mr. Gaffney forthwith.

DATED this ___ day of December 2015.
Nunc Pro Tunc: December 2, 2015.

_____
UNITED STATES MAGISTRATE JUDGE