UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLENE SCOTT,

    Defendant.

CASE NO: 2:15-cr-0174-KJD-PAL
2:15-cr-0193-KJD-PAL

**ORDER**

    Presently before the Court is Defendant Charlene Scott's Second Unopposed Motion to Continue Self Surrender Date (ECF 276/63). Having read and considered the motion, and good cause being found, the motion is GRANTED, and the Defendant's self-surrender date is continued to the 3rd Day of June, 2019.

DATED this 1st day of March, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

2