# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Charlene Scott,<br><br>Defendant. | Case No. 2:15-cr-00174-KJD-PAL<br>2:15-cr-00193-KJD-PAL<br><br>ORDER |

Presently before the Court is Defendant Charlene Scott's Motion to Continue Self-surrender Date (#333/336). The Government has filed a response in opposition (#337). Having read and considered the motion, and good cause being found considering the statutory factors and considerations contained in 18 U.S.C. § 3143 and 3145(c), the motion is **GRANTED** and Defendant's self-surrender date is continued until May 22, 2020.

**IT IS SO ORDERED**.

Dated this 20th day of February, 2020.

Kent J. Dawson
United States District Judge