RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Charlene Scott

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHARLENE SCOTT,<br><br>　　　　Defendant. | Case No. 2:15-cr-00193-KJD-PAL<br><br>**Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Charlene Scott, request that the due date for Ms. Scott's reply to the government's response to the Motion for Compassionate Release, currently due June 28, 2024, be extended to and including July 19, 2024.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction June 27-28, 2024 and needs additional time to review the government's response, discuss it with Ms. Scott, and to prepare the reply.

2. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply deadline.

DATED this 26th day of June 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>CHARLENE SCOTT,<br><br>           Defendant. | Case No. 2:15-cr-00193-KJD-PAL<br><br>ORDER |

   IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Reply to the Government's Response to the Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to July 19, 2024.

   DATED this 28th day of June, 2024.

   _____
   UNITED STATES DISTRICT JUDGE

3