RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org

Attorney for Charlene Scott

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>CHARLENE SCOTT,<br><br>              Defendant. | Case No. 2:15-cr-00193-KJD-PAL<br><br>**Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion for Compassionate Release**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Charlene Scott, request that the due date for Ms. Scott's reply to the government's response to the Motion for Compassionate Release, currently due July 19, 2024, be extended to and including August 19, 2024.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to schedule a legal call with Ms. Scott regarding the government's response and to gather additional information to prepare the reply.

2. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the second request for a continuance of the reply deadline.

DATED this 16th day of July 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Nisha Brooks-Whittington<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00193-KJD-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CHARLENE SCOTT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Reply to the Government's Response to the Motion for Compassionate Release, that the Defendant's deadline to file his Reply is extended to August 19, 2024.

DATED this 16th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

3